IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT** |
| v. | |
| STEVE P. BRADBURY, et al., | |
| Defendants. / | |

On July 5, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit forthwith a chambers copy of the First Amended Complaint, filed May 31, 2013.

**IT IS SO ORDERED.**

Dated: July 12, 2013

MAXINE M. CHESNEY
United States District Judge