1  ROBERT G. DREHER
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
3  United States Department of Justice
   LESLIE M. HILL (D.C. Bar No. 476008)
4  Leslie.Hill@usdoj.gov
   Environmental Defense Section
5  601 D Street N.W., Suite 8000
6  Washington D.C.  20004
   Telephone (202) 514-0375
7  Facsimile (202) 514-8865
8  JOHN H. MARTIN
   U.S. Department of Justice
9  Environment & Natural Resources Division
   Wildlife & Marine Resources Section
10 999 18th Street - South Terrace, Suite 370
   Denver, CO  80202
11 John.H.Martin@usdoj.gov
12 Telephone (303) 844-1383
   Facsimile (202) 305-0506
13
14 *Attorneys for Defendants*

15 [*Additional counsel listed in signature block*]

16             IN THE UNITED STATES DISTRICT COURT
17            FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                    SAN FRANCISCO DIVISION
19

| STEVE ELLIS, et al. | |
|---|---|
| Plaintiffs, | Case. No.: 3:13-cv-1266-MMC |
| v. | **JOINT STIPULATION TAKING INITIAL CASE MANAGEMENT CONFERENCE OFF CALENDAR AND SETTING BRIEFING SCHEDULE AND PAGE LIMITATIONS FOR DEFENDANTS' MOTION TO DISMISS AND** ~~**[PROPOSED] ORDER**~~ |
| STEVEN P. BRADBURY, in his official capacity as Director of the Office of Pesticide Programs in the United States Environmental Protection Agency, et al., | |
| Defendants. | |
| | **ORDER APPROVING STIPULATION IN PART AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Joint Stipulation Taking Initial CMC Off Calendar and Setting Briefing Schedule and
Page Limitations for Defendants' Motion to Dismiss and [Proposed] Order
Case No. 3:13-cv-1266-MMC

1 **JOINT STIPULATION**

2 Defendants' Answer to Plaintiffs' First Amended Complaint for Declaratory and
3 Injunctive Relief (Dkt. No. 17) or responsive pleading is due July 30, 2013 (Dkt. No. 16).
4 Defendants plan to file a comprehensive motion to dismiss in lieu of an answer. The
5 parties stipulate and request that the Court order the following briefing schedule and page
6 limitations for the motion to dismiss:

| | |
|---|---|
| Defendants file Motion to Dismiss | July 31, 2013 |
| Plaintiffs file Opposition to Motion to Dismiss | August 30, 2013 |
| Defendants file Reply Brief | September 25, 2013 |
| Hearing Noticed | October 11, 2013 |

The following page limitations shall apply:

| | |
|---|---|
| Defendants' Motion to Dismiss | 45 pages |
| Plaintiffs' Opposition | 45 pages |
| Defendants' Reply | 25 pages |

The parties further stipulate and request that the Court take the Initial Case Management Conference ("CMC") currently set for July 26, 2013 and the corresponding CMC statement due July 19, 2013 (Dkt. No. 22) off the calendar until a further order of the Court following resolution of Defendants' Motion to Dismiss.

//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Respectfully submitted: | ROBERT G. DREHER |
| 2 | Date: July 18, 2013 | Acting Assistant Attorney General<br>Environment and Natural Resources Division |

                                                                                       /s/

LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514 8865

JOHN H. MARTIN
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street - South Terrace, Suite  370
Denver, CO  80202
John.H.Martin@usdoj.gov
Telephone (303) 844-1383
Facsimile (202) 305-0506

*Attorneys for Defendant*


 /s/ Paige M. Tomaselli
PAIGE M. TOMASELLI (State Bar No. 237737)
SYLVIA SHIH-YAU WU (State Bar No. 273549)
GEORGE A. KIMBRELL (*Pro Hac Vice*)
PETER T. JENKINS (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Emails: ptomaselli@centerforfoodsafety.org
        swu@centerforfoodsafety.org
        gkimbrell@centerforfoodsafety.org
        pjenkins@centerforfoodsafety.org

*Counsel for Plaintiffs*

Case3:13-cv-01266-MMC   Document26   Filed07/22/13   Page4 of 4

1 **[PROPOSED] ORDER**

2   Pursuant to Stipulation, IT IS SO ORDERED, with the exception that the motion and opposition, respectively, shall be no more than 35 pages in length, the reply shall be no more than 20 pages in length, and the Case Management Conference is continued to December 13, 2013, at 10:30 a.m.

Dated: July 22, 2013

_____
MAXINE M. CHESNEY
United States District Judge

JOINT STIPULATION TAKING INITIAL CMC OFF CALENDAR AND SETTING BRIEFING SCHEDULE AND
PAGE LIMITATIONS FOR DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER
CASE NO. 3:13-CV-1266-MMC