IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | **ORDER RE: JOINT STIPULATION ON AMENDED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |
| v. | |
| STEVE P. BRADBURY, et al., | |
| Defendants, | |
| and | |
| BAYER CROPSCIENCE LP, et al. | |
| Proposed Defendants-Intervenors | |

Before the Court is the parties' "Joint Stipulation on Amended Briefing Schedule for Motions to Dismiss," filed August 2, 2013.

The Court having read and considered the stipulation, the stipulation is hereby APPROVED, with the exception of (1) the date for the hearing on the motions to dismiss, which shall be December 6, 2013, to allow for adequate review by the Court, and (2) the stipulated length of proposed defendants/intervenors' motion to dismiss, the need for such additional pages neither having been shown nor otherwise appearing from the record filed to date.

1    Further, the Court declines to adopt defendants' proposal as to the manner by which
2 plaintiffs may file their opposition to the respective motions to dismiss.
3    **IT IS SO ORDERED.**

5 Dated:  August 6, 2013

_____
MAXINE M. CHESNEY
United States District Judge