| | |
|---|---|
| BEVERIDGE & DIAMOND, P.C.<br>Kathryn E. Szmuszkovicz (D.C. Bar No. 388735)*<br>kes@bdlaw.com<br>Anthony L. Michaels (D.C. Bar No. 458510)*<br>alm@bdlaw.com<br>Patrick R. Jacobi (D.C. Bar No. 974532)*<br>pjacobi@bdlaw.com<br>Sean M. Roberts (D.C. Bar No. 984495)*<br>sroberts@bdlaw.com<br>1350 I Street, N.W., Suite 700<br>Washington, D.C. 20005-3311<br>T: (202) 789-6000  F: (202) 789-6190 | CROWELL & MORING LLP<br>J. Michael Klise (D.C. Bar No. 412420)*<br>jmklise@crowell.com<br>Kirsten L. Nathanson (D.C. Bar No. 463992)*<br>knathanson@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>T: (202) 624-2500  F: (202) 628-5516 |
| BEVERIDGE & DIAMOND, P.C.<br>Gary J. Smith (SBN 141393)<br>gsmith@bdlaw.com<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251<br>T: (415) 262-4000  F: (415) 262-4040 | CROWELL & MORING LLP<br>M. Kay Martin (SBN 154697)<br>mmartin@crowell.com<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111<br>T: (415) 986-2800  F: (415) 986-2827 |

*Attorneys for Proposed Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*          * *Pro Hac Vice* pending

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELLIS, et al.,<br><br>Plaintiffs,<br>v.<br>STEVEN P. BRADBURY, et al.,<br><br>Defendants,<br><br>and<br><br>BAYER CROPSCIENCE LP, SYNGENTA CROP PROTECTION, LLC, AND VALENT U.S.A. CORPORATION,<br><br>Proposed Defendant-Intervenors. | Case No. 3:13-cv-01266-MMC<br><br>**~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO INTERVENE OF BAYER CROPSCIENCE LP, SYNGENTA CROP PROTECTION, LLC, AND VALENT U.S.A. CORPORATION** |

The Court has reviewed the Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation's Motion for Leave to Intervene. Upon due consideration of this Motion, supporting arguments, and ~~opposition thereto,~~ the statements of non-opposition, the Court finds that all factors for intervention as of right under Rule 24(a)(2) of the Federal Rules of Civil Procedure are satisfied. The motion is timely, the Defendant-Intervenors have a significantly protectable interest that will be impaired by any adverse disposition, and the current parties may not adequately

represent the Defendant-Intervenors' interests.  The Motion for Leave to Intervene as of right is GRANTED as to all claims and all stages in the above-captioned matter. [1]

IT IS SO ORDERED

Dated: August 6, 2013

*[signature]*
The Honorable Maxine M. Chesney
United States Judge

---

[1] The hearing scheduled for August 30, 2013 is VACATED.