IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON CROPLIFE AMERICA AND RISE'S MOTION TO INTERVENE; DENYING AS MOOT DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| STEVEN P. BRADBURY, et al., | |
| Defendants. | |

Before the Court is the motion to intervene, filed July 30, 2013, by CropLife America and RISE. Plaintiffs have filed opposition, to which CropLife America and RISE have replied. Defendants have filed a statement of non-opposition. Having read and considered the papers filed in support of and in response to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 6, 2013.

In light of the above, defendants' request to appear telephonically at the hearing is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 3, 2013

MAXINE M. CHESNEY
United States District Judge