IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | **ORDER RE: PLAINTIFFS' MOTION TO ENLARGE TIME; GRANTING LIMITED INTERIM EXTENSION TO FILE OPPOSITION TO MOTIONS TO DISMISS** |
| v. | |
| STEVEN P. BRADBURY, et al., | |
| Defendants | |
| and | |
| BAYER CROPSCIENCE LP, et al., | |
| Defendant-Intervenors. | |

Before the Court is plaintiffs' Motion to Enlarge Time, filed October 8, 2013, by which plaintiffs seek to extend, from October 14, 2013 to October 28, 2013, the deadline for filing their opposition to defendants' and intervenors' respective motions to dismiss.

Because any opposition thereto is not due until October 15, 2013, see Civil L.R. 6-3(b); see also Fed. R. Civ. P. 6(a)(1), the Court, pending ruling on the matter, hereby GRANTS plaintiffs a limited interim extension to October 18, 2013.

**IT IS SO ORDERED.**

Dated: October 11, 2013

MAXINE M. CHESNEY
United States District Judge