ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865
JOHN H. MARTIN (CO Bar No. 32667)
John.H.Martin@usdoj.gov
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383

Attorneys for Federal Defendants

[Counsel for Plaintiffs and Defendant-Intervenors listed in signature block]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE ELLIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. BRADBURY, et al.<br><br>Defendants,<br><br>and<br><br>BAYER CROPSCIENCE LP, et al.<br><br>Defendant-Intervenors. | Case No.: 3:13-cv-1266-MMC<br>**STIPULATION TO STAY ALL PROCEEDINGS AND [PROPOSED] ORDER** THEREON<br><br>**Honorable Maxine M. Chesney** |

1    Pursuant to Civil L.R. 7-11, the parties hereby stipulate and request that the Court
2 stay all proceedings in the above-captioned case and adopt the parties' Proposed Order.
3 In support of their Joint Stipulation, the parties state the following.
4    1. Federal Defendants represent that at the end of the day on September 30, 2013,
5 the appropriations act that had been funding the Department of Justice expired and
6 appropriations to the Department lapsed.  The same is true for most Executive agencies,
7 including the United States Environmental Protection Agency ("EPA").  Federal
8 Defendants do not know when funding will be restored by Congress.
9    2. Federal Defendants further represent that, absent an appropriation, Department
10 of Justice attorneys, Federal Defendants, and employees of the EPA are prohibited from
11 working, even on a voluntary basis, except in very limited circumstances, including
12 "emergencies involving the safety of human life or the protection of property."  31 U.S.C.
13 § 1342.
14    3. The parties therefore request a stay of all proceedings, including all deadlines
15 pursuant to the Federal Rules of Civil Procedure and this Court's Orders, until Congress
16 has restored appropriations to Federal Defendants and the Department of Justice and
17 Department of Justice attorneys are permitted to resume their usual civil litigation
18 functions.  The proceedings to be stayed include Plaintiffs' filing of a response to
19 Defendants' Motions to Dismiss (Dkts. 59 & 74) presently due October 18, 2013;
20 Defendants' replies in support of their respective motions to dismiss, due November 1,
21 2013; oral argument on the motions to dismiss, set for December 6, 2013; and a Case
22 Management Conference, set for December 13, 2013.  *See* Order filed August 6, 2013
23 (Dkt. 65); Order filed July 22, 2013 (Dkt. 26); and Order filed October 11, 2013 (Dkt.
24 77).
25    4. If this stipulation to stay of all proceedings is granted, Federal Defendants will
26 notify the Court as soon as Congress has appropriated funds for EPA and the Department
27 of Justice.  The parties request that, at that point, the stay be lifted and that the parties file
28

a joint status report within seven days thereafter stating the parties' proposal(s) for a new litigation schedule.

     5.  In the event the Court approves this stipulation, Plaintiffs' pending Motion to Enlarge Time for Plaintiffs to Respond to Motions to Dismiss (Dkt. 75) is moot and the Court's Order approving this stipulation would supersede the Order filed October 11, 2013 (Dkt. 77), granting Plaintiffs a limited interim extension of time to file their opposition to Federal Defendants' and Intervenor Defendants' respective motions to dismiss.

Respectfully submitted,

Date: October 11, 2013

By: */s/ Peter Jenkins (by consent)*
PAIGE M. TOMASELLI (State Bar #237737)
SYLVIA SHIH-YAU WU (State Bar #273549)
GEORGE A. KIMBRELL (Pro Hac Vice)
PETER T. JENKINS (Pro Hac Vice)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: 415-826-2770 / F: 415-826-0507
Email: ptomaselli@centerforfoodsafety.org
swu@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org
pjenkins@centerforfoodsafety.org

*Attorneys for Plaintiffs*

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

 */s/ John H. Martin*
JOHN H. MARTIN (CO Bar No. 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383
john.h.martin@usdoj.gov

| | |
|---|---|
| 1 | LESLIE M. HILL (D.C. Bar No. 476008) |
| 2 | U.S. Department of Justice |
| 3 | Environment & Natural Resources Division |
| | Environmental Defense Section |
| 4 | 601 D Street N.W., Suite 8000 |
| | Washington D.C.  20004 |
| 5 | Leslie.Hill@usdoj.gov |
| 6 | Telephone (202) 514-0375 |
| | Facsimile (202) 514 8865 |
| 7 | |
| | *Attorneys for Federal Defendants* |
| 8 | |
| 9 | By: */s/ Anthony L. Michaels (by consent)* |
| | BEVERIDGE & DIAMOND, P.C. |
| 10 | Kathryn E. Szmuszkovicz (Pro Hac Vice) |
| | Anthony L. Michaels (Pro Hac Vice) |
| 11 | Patrick R. Jacobi (Pro Hac Vice) |
| 12 | Sean M. Roberts (Pro Hac Vice) |
| | 1350 I Street, N.W., Suite 700 |
| 13 | Washington, D.C. 20005-3311 |
| | T: (202) 789-6000 / F: (202) 789-6190 |
| 14 | Email: kes@bdlaw.com |
| 15 | alm@bdlaw.com |
| | pjacobi@bdlaw.com |
| 16 | sroberts@bdlaw.com |
| 17 | |
| | BEVERIDGE & DIAMOND, P.C. |
| 18 | Gary J. Smith (SBN 141393) |
| | 456 Montgomery Street, Suite 1800 |
| 19 | San Francisco, CA 94104-1251 |
| 20 | T: (415) 262-4000 / F: (415) 262-4040 |
| | Email: gsmith@bdlaw.com |
| 21 | |
| 22 | CROWELL & MORING LLP |
| | J. Michael Klise (Pro Hac Vice) |
| 23 | Kirsten L. Nathanson (Pro Hac Vice) |
| | 1001 Pennsylvania Avenue, N.W. |
| 24 | Washington, D.C. 20004-2595 |
| | T: (202) 624-2500 / F: (202) 628-5516 |
| 25 | Email: jmklise@crowell.com |
| 26 | knathanson@crowell.com |
| 27 | |
| | CROWELL & MORING LLP |
| 28 | M. Kay Martin (SBN 154697) |
| | 275 Battery Street, 23rd Floor |

```
 1
 2            San Francisco, CA 94111
              T: (415) 986-2800 / F: (415) 986-2827
 3            Email: mmartin@crowell.com

 4            Attorneys for Defendant-Intervenors Bayer
              CropScience LP, Syngenta Crop Protection, LLC,
 5            and Valent U.S.A. Corporation

 6
 7            By: /s/ Stacey L. VanBelleghem (by consent)
              LATHAM & WATKINS LLP
 8            CLAUDIA M. O'BRIEN
              (D.C. Bar No. 447354)(pro hac vice)
 9            WILLIAM K. RAWSON
              (D.C. Bar No. 367167)(pro hac vice)
10            STACEY L. VANBELLEGHEM
              (D.C. Bar No. 988144)(pro hac vice)
11            555 Eleventh Street, N.W.,
              Suite 1000
12            Washington, D.C. 20004-1304
              Telephone: (202) 637-2200
13            Fax: (202) 637-2201
              Email: claudia.o'brien@lw.com
14            william.rawson@lw.com
              stacey.vanbelleghem@lw.com
15
16            ANDREA M. HOGAN
              (Ca. Bar No. 238209)
17            LATHAM & WATKINS LLP
              505 Montgomery Street, Suite 2000
18            San Francisco, CA 94111-6538
              Telephone: (415) 391-0600
19            Fax: (415) 395-8095
              Email: andrea.hogan@lw.com
20
              Attorneys for Intervenor-Defendant CropLife
21            America

22
23
24
25
26
27
28
```

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Stipulation to Stay All Proceedings. (Dkt. 78.) The Stipulation requests a stay of all proceedings, including all deadlines pursuant to the Federal Rules of Civil Procedure and this Court's Orders, until Congress has restored appropriations to the Department of Justice and EPA. Plaintiffs and Intervenor-Defendants join in this Stipulation. The Court has reviewed the same and finds good cause has been shown to grant the requested stay.

NOW THEREFORE IT IS ORDERED that the Parties' Stipulation to Stay All Proceedings is granted.

1. All proceedings in the above-captioned matter are stayed until such time as Congress has appropriated funds for EPA and the Department of Justice and Department of Justice attorneys are permitted to resume their usual civil litigation functions.

2. Federal Defendants shall promptly notify the Court and parties as soon as Congress has appropriated funds for EPA and the Department of Justice.

3. The parties shall file a joint status report within seven days of Federal Defendants' notice stating the parties' proposal(s) for a new litigation schedule.

IT IS SO ORDERED.

DATED this  11th  day of October, 2013.

*[signature]*
MAXINE M. CHESNEY
United States District Judge