IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON MOTIONS TO DISMISS** |
| v. | |
| STEVE P. BRADBURY, et al., | |
| Defendants, | |
| and | |
| BAYER CROPSCIENCE LP, et al. | |
| Defendants-Intervenors. | |

Before the Court are two motions: (1) defendants' Motion to Dismiss, filed July 31, 2013; and (2) defendant-intervenor's Motion to Dismiss and for Judgment on the Pleadings, filed September 16, 2013. Plaintiffs have filed opposition to each motion; defendants and defendant-intervenors have filed replies. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for January 24, 2014.

**IT IS SO ORDERED.**

Dated: January 17, 2014

MAXINE M. CHESNEY
United States District Judge