IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>STEVEN P. BRADBURY, et al.,<br><br>        Defendants.<br>   and<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>        Defendant-Intervenors.<br>_____/ | No. C-13-1266 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On February 19, 2014, plaintiffs electronically filed an "Administrative Motion for Leave to File a Notice of Supplemental Authority," and a declaration in support thereof. Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiffs are hereby advised that if they fail in the future to comply

with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: March 24, 2014

MAXINE M. CHESNEY
United States District Judge