SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Telephone (202) 514-0375
Facsimile (202) 514-8865
JOHN H. MARTIN (CO Bar No. 32667)
John.H.Martin@usdoj.gov
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383

Attorneys for Federal Defendants

[Counsel for Plaintiffs and Defendant-Intervenors listed in signature block]

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVE ELLIS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JACK HOUSENGER, et al.<br><br>Defendants,<br><br>and<br><br>BAYER CROPSCIENCE LP, et al.<br><br>Defendant-Intervenors. | Case No. 3:13-cv-1266-MMC<br><br>**STIPULATION REGARDING THE ADMINISTRATIVE RECORD**<br><br>AND ORDER THEREON |

WHEREAS, Federal Defendants Jack Housenger, in his official capacity as Director of the Office of Pesticide Programs, and Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency (collectively, "EPA"), are required to lodge the Administrative Record in this case (Dkt. No. 144);

WHEREAS, in preparing the Administrative Record, EPA has identified several voluminous categories of documents that it believes will not bear upon the claims presented in the Second Amended Complaint (Dkt. No. 126) for which it believes production of the documents is burdensome on the agency;

WHEREAS, the parties have agreed that instead of including copies of these documents in the Administrative Record, EPA will instead identify the documents excluded from the Record in the indices pursuant to this stipulation, subject to the conditions below, and any party may request in writing that EPA include in the Administrative Record a document listed in the indices;

WHEREAS, the parties have agreed to enter into a protective order providing for disclosure of Administrative Record documents under seal to facilitate record review and production, since the records may contain confidential business information and information that is subject to the release restrictions of Federal Insecticide, Fungicide, and Rodenticide Act Section 10(g); and

THEREFORE, the parties hereby stipulate and agree to limit the production of documents in the Administrative Record as follows:

1.  EPA will not include copies of the following categories of documents in the Administrative Record served on the parties or lodged with the Court:

    a. Registrant data and EPA reviews of such data, except for (1) registrant data and EPA reviews of such data that relate to the risks to ESA-listed species or their designated critical habitats for product registrations at issue in Claims 5-6 (Dkt. No. 126); and (2) registrant data and EPA reviews of such data that relate to the risks to pollinators and/or honey bees for all product registrations at issue in claims 1-2 (Dkt. No. 126).

        b. Product chemistry data, EPA reviews of such data, and any correspondence regarding such data, including but not limited to, physical chemistry data such as (boiling point, viscosity, pH, odor, etc.) required pursuant to 40 C.F.R. § 158.300.

        c. Acute toxicology data typically used to establish human hazard warnings on product labeling, EPA reviews of such data, and any correspondence regarding such data required pursuant to 40 C.F.R. § 158.500.

        d. All other data and EPA reviews submitted to assess effects to human health as required by 40 C.F.R. §§ 158.500, .510, .1000, .1070, .1410, including, but not limited to, developmental toxicity and reproduction, mutagenicity, and human exposure, and all data and EPA reviews submitted to assess effects to plants as required by 40 C.F.R. § 158.660 (phytotoxicity studies).

        e. All data and EPA reviews submitted for any of the 71 challenged actions (Dkt. No. 126) that specifically addresses active ingredients in these products other than clothianidin or thiamethoxam.

        f. Data compensation forms used to demonstrate compliance with data protection requirements of section 3(c)(1)(F) of FIFRA, 7 U.S.C. § 136a(c)(1)(F), including, but not limited to, certification with respect to data citation form, data matrices and formulator exemption statement and any correspondence regarding those materials.

        g. Confidential statements of formula and any correspondence regarding the confidential statement of formula.

        h. Application completeness checklists completed by EPA contractors to ensure that applications contain all required elements.

    2. For each category of documents excluded above, EPA shall identify the excluded documents in the certified indices by title and, if available, date. Any party may request in writing that EPA include any listed document in the Administrative Record. EPA shall supplement the Administrative Record with the requested document within 30 days of receiving such a request.

3        CASE NO. 3:13-cv-1266-MMC
STIPULATION REGARDING THE ADMINISTRATIVE RECORD

3.  The parties shall confer on and enter into a protective order governing production and use of confidential business information and information subject to the release restrictions of Federal Insecticide, Fungicide, and Rodenticide Act section 10(g) in the course of this action other than in court proceedings.

Respectfully submitted,

Date: October 16, 2014

By: */s/ Sylvia Wu e-mail authorization 10/16/14*
PAIGE M. TOMASELLI (State Bar #237737)
SYLVIA SHIH-YAU WU (State Bar #273549)
GEORGE A. KIMBRELL (Pro Hac Vice)
PETER T. JENKINS (Pro Hac Vice)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: 415-826-2770 / F: 415-826-0507
Email: ptomaselli@centerforfoodsafety.org
swu@centerforfoodsafety.org
gkimbrell@centerforfoodsafety.org
pjenkins@centerforfoodsafety.org

*Attorneys for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Leslie M. Hill*
JOHN H. MARTIN (CO Bar No. 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383
john.h.martin@usdoj.gov

LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C.  20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514 8865

*Attorneys for Federal Defendants*

By: /s/ Kirsten L. Nathanson *e-mail authorization 10/17/14*
BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (Pro Hac Vice)
Anthony L. Michaels (Pro Hac Vice)
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
T: (202) 789-6000 / F: (202) 789-6190
Email: kes@bdlaw.com
alm@bdlaw.com


BEVERIDGE & DIAMOND, P.C.
Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
T: (415) 262-4000 / F: (415) 262-4040
Email: gsmith@bdlaw.com

CROWELL & MORING LLP
Kirsten L. Nathanson (D.C. Bar No. 463992)*
Thomas Lundquist (D.C. Bar No. 968123)*
knathanson@crowell.com
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
T: 202-624-2500
Fax:  202-628-5116CROWELL & MORING LLP
Janine L. Scancarelli (SBN 197202)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
T: (415) 986-2800 / F: (415) 986-2827
Email: jscancarelli@crowell.com

*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Stacey VanBelleghem *e-mail authorization 10/16/14* |
| 3 | LATHAM & WATKINS LLP<br>CLAUDIA M. O'BRIEN |
| 4 | (D.C. Bar No. 447354)(pro hac vice)<br>WILLIAM K. RAWSON |
| 5 | (D.C. Bar No. 367167)(pro hac vice)<br>STACEY L. VANBELLEGHEM |
| 6 | (D.C. Bar No. 988144)(pro hac vice)<br>555 Eleventh Street, N.W., |
| 7 | Suite 1000 |
| 8 | Washington, D.C. 20004-1304<br>Telephone: (202) 637-2200 |
| 9 | Fax: (202) 637-2201 |
| 10 | Email: claudia.o'brien@lw.com<br>william.rawson@lw.com |
| 11 | stacey.vanbelleghem@lw.com |
| 12 | |
| 13 | ANDREA M. HOGAN<br>(Ca. Bar No. 238209) |
| 14 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 15 | San Francisco, CA 94111-6538<br>Telephone: (415) 391-0600 |
| 16 | Fax: (415) 395-8095 |
| 17 | Email: andrea.hogan@lw.com |
| 18 | *Attorneys for Intervenor-Defendant CropLife America* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**[~~PROPOSED~~] ORDER**

Before the Court is the parties' JOINT STIPULATION REGARDING THE ADMINISTRATIVE RECORD. Upon due consideration, and for good cause shown, it is hereby ordered that the Administrative Record be limited as described in the Stipulation.

IT IS SO ORDERED.

DATED this __20th__ day of October, 2014.

_____
MAXINE M. CHESNEY
United States District Judge