IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>JACK HOUSENGER, et al.,<br><br>    Defendants,<br>  and<br>BAYER CROPSCIENCE LP, et al.<br><br>    Defendants-Intervenors. | No. C-13-1266 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO LODGE ADMINISTRATIVE RECORD; EXTENDING DEADLINE TO FILE ADMINISTRATIVE RECORD** |

    Before the Court is defendants Gina McCarthy and Jack Housenger's Motion to Enlarge Time to Lodge the Administrative Record, filed October 17, 2014. Plaintiffs have filed opposition. On November 3, 2014, the Court conducted a telephonic conference on the matter, at which counsel for all parties appeared.

    Having read and considered the papers filed in support of and in opposition to the motion, and having considered the concerns of the parties expressed during the telephonic conference, the Court hereby GRANTS the motion and EXTENDS the deadline to file the administrative record to January 12, 2015.

    The parties are hereby directed to meet and confer to determine a plan for defendants' producing the record on a rolling basis.

    **IT IS SO ORDERED.**

Dated: November 3, 2014

                                                MAXINE M. CHESNEY
                                              United States District Judge