# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELLIS, *et al.*, | Case No. 3:13-cv-01266-MMC |
| *Plaintiffs*, | |
| v. | |
| JACK HOUSENGER, *et al.*, | |
| *Defendants*, | |
| and | |
| BAYER CROPSCIENCE LP, *et al.*, | |
| *Defendant-Intervenors.* | |

## [PROPOSED] ORDER

Upon consideration of the Joint Stipulation for Plaintiffs to File a Consolidated Oversized Brief in Opposition to The Two Motions to Preclude Submission of Expert Declarations and Extra-Record Materials, and for good cause shown, the Court HEREBY GRANTS Plaintiffs leave to file a single brief of no more than thirty pages in opposition to the two motions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this __14th__ day of April, 2015.

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States Senior District Judge