**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING ON EPA'S MOTION TO LIMIT REVIEW TO ADMINISTRATIVE RECORD; VACATING HEARING ON INTERVENORS' MOTION TO PRECLUDE EXTRA-RECORD MATERIAL; DENYING AS MOOT JOINT REQUEST TO PARTICIPATE TELEPHONICALLY IN HEARING** |
| STEVE P. BRADBURY, et al., | |
| Defendants, | |
| and | |
| BAYER CROPSCIENCE LP, et al. | |
| Defendants-Intervenors. | |

Before the Court are two motions: (1) "EPA's Motion to Limit Review to EPA's Administrative Record and Preclude Submission of Expert Declarations and Extra-Record Material," filed April 3, 2015; and (2) "Motion to Preclude Plaintiffs' Extra-Record Materials by Defendant-Intervenors," filed April 3, 2015. Plaintiffs have filed a single opposition addressing both motions; the EPA and the Defendant-Intervenors have filed separate replies. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties'

//

1  respective written submissions, and VACATES the hearing scheduled for May 22, 2015.[1]

2  **IT IS SO ORDERED.**

4  Dated: May 20, 2015

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above, the Court hereby DENIES as moot the parties' joint "Request to Participate Telephonically in Hearing," filed May 15, 2015.  Additionally, the parties are hereby advised that the Court does not conduct contested hearings by telephone.

2