IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ELLIS, et al., | No. C-13-1266 MMC |
| Plaintiffs, | |
| v. | **ORDER VACATING HEARING ON DEFENDANT-INTERVENORS' MOTION TO EXCLUDE PLAINTIFFS' PROFERRED EXPERT TESTIMONY** |
| JACK HOUSENGER, et al., | |
| Defendants, and | |
| BAYER CROPSCIENCE LP, et al. | |
| Defendants-Intervenors. / | |

Before the Court the "Motion to Exclude Plaintiffs' Proferred Expert Testimony," filed January 29, 2016, by defendant-intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, Valent U.S.A. Corporation, and CropLife America (collectively, "Intervenors"). Defendants Jack Housenger and Gina McCarthy have filed a Joinder. Plaintiffs Steve Ellis, Tom Theobald, Jim Doan, Bill Rhodes, Center for Food Safety, Beyond Pesticides, Sierra Club, and Center for Environmental Health have filed opposition, to which Intervenors have replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matter appropriate for determination on the parties'

respective written submissions, and hereby VACATES the hearing scheduled for March 11, 2016.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
MAXINE M. CHESNEY
United States District Judge