BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (DC Bar #388735)*
kes@bdlaw.com
Anthony L. Michaels (DC Bar #458510)*
amichaels@bdlaw.com
Daniel B. Schulson (DC Bar #991299)*
dschulson@bdlaw.com
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
T: (202) 789-6000   F: (202) 789-6190

BEVERIDGE & DIAMOND, P.C.
Gary J. Smith (SBN 141393)
gsmith@bdlaw.com
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
T: (415) 262-4000   F: (415) 262-4040

*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*

*Admitted *Pro Hac Vice*
**Complete counsel list on signature page**

CROWELL & MORING LLP
Kirsten L. Nathanson (DC Bar #463992)*
knathanson@crowell.com
Thomas R. Lundquist (DC Bar #968123)**
tlundquist@crowell.com
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
T: (202) 624-2500   F: (202) 628-5516

*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*

LATHAM & WATKINS LLP
Claudia M. O'Brien (DC Bar #447354)*
claudia.o'brien@lw.com
Stacey L. VanBelleghem (DC Bar #988144)*
stacey.vanbelleghem@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
T: (202) 637-2200   F: (202) 637-2201

*Attorneys for Defendant-Intervenor CropLife America*

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELLIS, *et al.*, | Case No.: 3:13-cv-01266-MMC |
| *Plaintiffs*, | **JOINT STIPULATION OF PARTIAL DISMISSAL AND ~~PROPOSED~~ ORDER** |
| v. | |
| JACK HOUSENGER, *et al.*, | |
| *Defendants*, | |
| and | |
| BAYER CROPSCIENCE LP, *et al.*, | |
| *Defendant-Intervenors*. | |

Four of the product registrations at issue in the Fifth Claim of Plaintiffs' Second Amended Complaint (ECF No. 126), have been cancelled by EPA at the request of the registrant for reasons unrelated to this case. The four cancelled product registrations are:

- Titan FL, EPA Reg. No. 264-984
- Three-Way VAP, EPA Reg. No. 264-1079
- Proceed Plus, EPA Reg. No. 264-1082
- AE 1283742, EPA Reg. No. 264-846

*See* EPA, Product Cancellation Order for Certain Pesticide Registrations, 79 Fed. Reg. 41553-01 (July 16, 2014) (announcing voluntary cancellation of EPA Reg. Nos. 264-984, 264-1079, and 264-1082); EPA, Product Cancellation Order for Certain Pesticide Registrations, 80 Fed. Reg. 13846-02 (Mar. 17, 2015) (announcing voluntary cancellation of EPA Reg. No. 264-846).

All parties to the above-captioned case hereby stipulate and agree to the partial dismissal of Claim 5 of the Second Amended Complaint to the extent it is based on EPA approvals for the four cancelled product registrations identified above. A proposed Order is attached.

Dated:  June 8, 2016.                                  Respectfully Submitted,

                    /s/
BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (DC Bar #388735)*
Anthony L. Michaels (DC Bar #458510)*
Daniel B. Schulson (DC Bar #991299)*
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone:  (202) 789-6000
Facsimile:   (202) 789-6190
Email:   kes@bdlaw.com
        amichaels@bdlaw.com
        dschulson@bdlaw.com

BEVERIDGE & DIAMOND, P.C.
Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone:  (415) 262-4000
Facsimile:   (415) 262-4040
Email:   gsmith@bdlaw.com

CROWELL & MORING LLP
Kirsten L. Nathanson (DC Bar #463992)*
Thomas R. Lundquist (DC Bar #968123)*
Sherrie A. Armstrong (DC Bar #1009642)*
1001 Pennsylvania Avenue, N.W.

```
                                    Washington, D.C. 20004-2595
                                    Telephone:  (202) 624-2500
                                    Facsimile:   (202) 628-5516
                                    Email:   knathanson@crowell.com
                                             tlundquist@crowell.com
                                             sarmstrong@crowell.com


                                            /s/
                                    LATHAM & WATKINS LLP
                                    Claudia M. O'Brien (DC Bar #447354)*
                                    Stacey L. VanBelleghem (DC Bar #988144)*
                                    555 Eleventh Street, N.W., Suite 1000
                                    Washington, D.C. 20004-1304
                                    Telephone:  (202) 637-2200
                                    Facsimile:   (202) 637-2201
                                    Email:   claudia.o'brien@lw.com
                                             stacey.vanbelleghem@lw.com


                                    Andrea M. Hogan (SBN 238209)
                                    505 Montgomery Street, Suite 2000
                                    San Francisco, CA 94111-6538
                                    Telephone:  (415) 391-0600
                                    Facsimile:   (415) 395-8095
                                    Email:   andrea.hogan@lw.com
```

*Attorneys for Defendant-Intervenor CropLife America*

*Admitted *Pro Hac Vice*

```
                                    JOHN C. CRUDEN
                                    Assistant Attorney General
                                    Environment & Natural Resources Division
                                    United States Department of Justice

                                            /s/
                                    LESLIE M. HILL (DC Bar No. 476008)
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
                                    Environmental Defense Section
                                    601 D Street N.W., Suite 8000
                                    Washington D.C. 20004
                                    Telephone (202) 514-0375
                                    Facsimile (202) 514 8865
                                    Email: Leslie.Hill@usdoj.gov

                                    JOHN H. MARTIN (CO Bar No. 32667)
                                    U.S. Department of Justice
                                    Environment & Natural Resources Division
```

Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383
Email: john.h.martin@usdoj.gov
*Counsel for Defendants*

     /s/
GEORGE A. KIMBRELL (*Pro Hac Vice*)
PAIGE M. TOMASELLI (State Bar #237737)
SYLVIA SHIH-YAU WU (State Bar #273549)
PETER T. JENKINS (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: 415-826-2770 / F: 415-826-0507
Email:  gkimbrell@centerforfoodsafety.org
     ptomaselli@centerforfoodsafety.org
     swu@centerforfoodsafety.org
     pjenkins@centerforfoodsafety.org

*Counsel for Plaintiffs*

# [~~PROPOSED~~] PARTIAL DISMISSAL ORDER

Upon consideration of the parties' Joint Stipulation for Partial Dismissal, it is ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' Fifth Claim against Defendants Steven P. Bradbury, et al., is hereby dismissed with prejudice to the extent it is based on EPA approvals for the following four product registrations, which the parties have stipulated were voluntarily cancelled by EPA:

- Titan FL, EPA Reg. No. 264-984
- Three-Way VAP, EPA Reg. No. 264-1079
- Proceed Plus, EPA Reg. No. 264-1082
- AE 1283742, EPA Reg. No. 264-846

The references to these product registrations, and associated dates of agency actions alleged to have triggered a duty to consult, are hereby stricken from the Second Amended Complaint. *See* SAC ¶ 128 (ECF No. 126).

IT IS SO ORDERED.

DATED this _8th_ day of _June_, 2016.

MAXINE M. CHESNEY
United States District Judge