| | |
|---|---|
| BEVERIDGE & DIAMOND, P.C.<br>Kathryn E. Szmuszkovicz (DC Bar #388735)*<br>kes@bdlaw.com<br>Anthony L. Michaels (DC Bar #458510)*<br>amichaels@bdlaw.com<br>Daniel B. Schulson (DC Bar #991299)*<br>dschulson@bdlaw.com<br>1350 I Street, N.W., Suite 700<br>Washington, D.C. 20005-3311<br>T: (202) 789-6000   F: (202) 789-6190<br><br>BEVERIDGE & DIAMOND, P.C.<br>Gary J. Smith (SBN #141393)<br>gsmith@bdlaw.com<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251<br>T: (415) 262-4000   F: (415) 262-4040<br><br>*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. LLC*<br><br>*Admitted Pro Hac Vice<br><br>**Complete counsel list on signature page** | CROWELL & MORING LLP<br>Kirsten L. Nathanson (DC Bar #463992)*<br>Elizabeth Dawson**<br>  **Admitted in Oregon only. Practicing under<br>    the supervision of D.C. Bar members.<br>knathanson@crowell.com<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>T: (202) 624-2500   F: (202) 628-5516<br><br>*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. LLC*<br><br>LATHAM & WATKINS LLP<br>Claudia M. O'Brien (DC Bar #447354)*<br>claudia.o'brien@lw.com<br>Stacey L. VanBelleghem (DC Bar #988144)*<br>stacey.vanbelleghem@lw.com<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>T: (202) 637-2200   F: (202) 637-2201<br><br>Andrea M. Hogan (SBN 238209)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>T: (415) 391-0600   F: (415) 395-8095<br><br>*Attorneys for Defendant-Intervenor CropLife America* |

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

STEVE ELLIS, *et al.*,

      *Plaintiffs*,

      v.

JACK KEIGWIN, *et al.*,

      *Defendants*,
   and

BAYER CROPSCIENCE LP, *et al.*,

      *Defendant-Intervenors*.

Case No.: 3:13-cv-01266-MMC

ORDER APPROVING

**JOINT STIPULATION TO STAY REMEDY PHASE BRIEFING SCHEDULE**

The parties stipulate and request that the Court enter the accompanying order staying the remedies briefing schedule pending the parties' completion of further Court-sponsored Alternative

Dispute Resolution activities. Pursuant to this Court's order of May 26, 2017, the parties participated in a settlement conference with Magistrate Judge Corley on July 25, 2017. *See* ECF No. 278. The parties wish to continue their settlement discussions, and Magistrate Judge Corley has scheduled a call with the parties for August 31, 2017. *Id.* In the meantime, the parties have agreed that the prospects for potential settlement, and the conservation of judicial resources, would best be served by staying the existing remedies briefing schedule until after completion of the August 31 ADR teleconference.

Accordingly, the parties jointly request that the remedies briefing schedule and hearing date set forth in this Court's order of June 6, 2017, be stayed. The parties propose to confer after completion of the August 31 teleconference with Magistrate Judge Corley. By September 8, 2017, the parties would either request a further stay to allow for additional settlement activities, or enter into the remedies briefing under the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file Opening Remedies Brief | September 11, 2017 |
| Deadline for Defendants and Defendant-Intervenors to file Oppositions to Plaintiffs' Remedy Brief | November 9, 2017 |
| Deadline for Plaintiffs to file Reply Brief | December 15, 2017 |
| Hearing on Remedies | January 12, 2018 |

Dated: July 31, 2017.

Respectfully Submitted,

/s/
PAIGE M. TOMASELLI (State Bar #237737)
GEORGE A. KIMBRELL (*Pro Hac Vice*)
SYLVIA SHIH-YAU WU (State Bar #273549)
PETER T. JENKINS (*Pro Hac Vice*)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: 415-826-2770 / F: 415-826-0507
Email:  ptomaselli@centerforfoodsafety.org
            gkimbrell@centerforfoodsafety.org
            swu@centerforfoodsafety.org
            pjenkins@centerforfoodsafety.org

*Counsel for Plaintiffs*

CASE NO. 3:13-cv-01266-MMC                    -2-
JOINT STIPULATION TO STAY REMEDY PHASE BRIEFING SCHEDULE

|   |   |
|---|---|
| 1 | |
| 2 |                 /s/<br>BEVERIDGE & DIAMOND, P.C. |

                                        /s/

BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (DC Bar #388735)*
Anthony L. Michaels (DC Bar #458510)*
Daniel B. Schulson (DC Bar #991299)*
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Email: kes@bdlaw.com
        amichaels@bdlaw.com
        dschulson@bdlaw.com

BEVERIDGE & DIAMOND, P.C.
Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040
Email: gsmith@bdlaw.com

CROWELL & MORING LLP
Kirsten L. Nathanson (Pro Hac Vice)
Elizabeth Dawson**
  **Admitted in Oregon only. Practicing under
    the supervision of D.C. Bar members.
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5516
Email: knathanson@crowell.com
edawson@crowell.com

Tracy E. Reichmuth (State Bar #215458)
CROWELL & MORING LLP
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: treichmuth@crowell.com

*Counsel for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*

                                        /s/

LATHAM & WATKINS LLP
Claudia M. O'Brien (DC Bar #447354)*
Stacey L. VanBelleghem (DC Bar #988144)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304

Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: claudia.o'brien@lw.com
stacey.vanbelleghem@lw.com

Andrea M. Hogan (SBN 238209)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: andrea.hogan@lw.com

*Counsel for Defendant-Intervenor CropLife America*

\* Admitted *Pro Hac Vice*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

   /s/
LESLIE M. HILL (DC Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514 8865
Email: Leslie.Hill@usdoj.gov

JOHN H. MARTIN (CO Bar No. 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383
Email: john.h.martin@usdoj.gov

*Counsel for Defendants*

# [~~PROPOSED~~] ORDER

Before the Court is the parties' Joint Stipulation to Stay Remedy Phase Briefing Schedule. FOR GOOD CAUSE SHOWN, the remedies briefing schedule and hearing date set forth in this Court's order dated June 6, 2017 (ECF No. 275) are hereby STAYED in light of the settlement teleconference scheduled before Magistrate Judge Corley on August 31. Thereafter, the parties shall confer and by September 8, 2017, the parties shall either jointly request a further stay, or shall commence remedies briefing under the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to file Opening Remedies Brief | September 11, 2017 |
| Deadline for Defendants and Defendant-Intervenors to file Oppositions to Plaintiffs' Remedy Brief | November 9, 2017 |
| Deadline for Plaintiffs to file Reply Brief | December 15, 2017 |
| Hearing on Remedies | January 12, 2018 |

IT IS SO ORDERED.

DATED this 1st day of August, 2017.

_____
MAXINE M. CHESNEY
United States District Judge