| | |
|---|---|
| BEVERIDGE & DIAMOND, P.C.<br>Kathryn E. Szmuszkovicz (DC Bar #388735)*<br>Anthony L. Michaels (DC Bar #458510)*<br>David A. Barker (DC Bar #486283)*<br>Daniel B. Schulson (DC Bar #991299)*<br>1350 I Street, N.W., Suite 700<br>Washington, D.C. 20005-3311<br>T: (202) 789-6000   F: (202) 789-6190<br><br>Gary J. Smith (SBN #141393)<br>456 Montgomery Street, Suite 1800<br>San Francisco, CA 94104-1251<br>T: (415) 262-4000   F: (415) 262-4040<br><br>CROWELL & MORING LLP<br>Kirsten L. Nathanson (DC Bar #463992)*<br>Elizabeth Dawson (DC Bar #230818)<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>T: (202) 624-2500   F: (202) 628-5516<br><br>*Attorneys for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. LLC* | LATHAM & WATKINS LLP<br>Claudia M. O'Brien (DC Bar #447354)*<br>Stacey L. VanBelleghem (DC Bar #988144)*<br>555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304<br>T: (202) 637-2200   F: (202) 637-2201<br><br>Andrea M. Hogan (SBN 238209)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538<br>T: (415) 391-0600   F: (415) 395-8095<br><br>*Attorneys for Defendant-Intervenor CropLife America*<br><br>*Admitted Pro Hac Vice<br><br>Complete counsel list on signature page |

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE ELLIS, *et al.*,<br><br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>RICHARD P. KEIGWIN, JR., *et al.*,<br><br>　　　　*Defendants,*<br>　　and<br><br>BAYER CROPSCIENCE LP, *et al.*,<br><br>　　　　*Defendant-Intervenors.* | Case No.: 3:13-cv-01266-MMC<br><br>**STIPULATED NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(ii)**<br><br>AND ORDER THEREON |

CASE NO. 3:13-cv-01266-MMC
STIPULATED NOTICE OF DISMISSAL

The parties to this action, Plaintiffs Steve Ellis, Tom Theobald, Jim Doan, Bill Rhodes, Center for Food Safety, Beyond Pesticides, Sierra Club, and Center for Environmental Health ("Plaintiffs"), Defendants Andrew Wheeler, Administrator of the United States Environmental Protection Agency ("EPA") and Richard P. Keigwin, Jr., Director, Office of Pesticide Programs, EPA ("Defendants"), and Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, Valent U.S.A. LLC, and CropLife America ("Defendant-Intervenors") (all together "the Parties") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action and Parties.

Notwithstanding the dismissal of this action, the Parties agree and request that the Court retain jurisdiction following the dismissal to resolve any claims by Plaintiffs against Defendant EPA for attorney fees and costs. The Parties further agree and request that, pursuant to the Parties' Joint Stipulation, executed on or about February 28, 2019, as a condition of this stipulation, and under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994), this Court retain continuing and exclusive jurisdiction to address allegations of non-performance of and to enforce the Joint Stipulation. The Joint Stipulation provides that the Parties' sole and exclusive remedy for failure to perform under the Joint Stipulation shall be to move Judge Corley for an order providing relief for: (1) a Defendant-Intervenor's failure to comply with its procedural obligations under Paragraph 1 of the Joint Stipulation; (2) EPA's failure to comply with its procedural obligations under Paragraphs 2 and 3 of the Joint Stipulation and its procedural obligations under the Endangered Species Act Section 7(a)(2) for the 59 pesticide registration decisions at issue, as adjudicated and specified in the Court's May 8, 2017, Order; and/or (3) a Plaintiff's failure to abide by Paragraph 5. Pursuant to 28 U.S.C. § 636(c) and Local Civil Rule 73-1(b), the Parties consent to Judge Corley adjudicating any such allegations of failure to perform under the Joint Stipulation.

Dated: May 29, 2019.

Respectfully Submitted,

*[signature]*

BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (DC Bar #388735)*
Anthony L. Michaels (DC Bar #458510)*
David A. Barker (DC Bar #486283)*
Daniel B. Schulson (DC Bar #991299)*
1350 I Street, N.W., Suite 700
Washington, D.C. 20005-3311
Telephone: (202) 789-6000
Facsimile: (202) 789-6190
Email: kes@bdlaw.com
 amichaels@bdlaw.com
 dbarker@bdlaw.com
 dschulson@bdlaw.com

Gary J. Smith (SBN 141393)
456 Montgomery Street, Suite 1800
San Francisco, CA 94104-1251
Telephone: (415) 262-4000
Facsimile: (415) 262-4040
Email: gsmith@bdlaw.com

CROWELL & MORING LLP
Kirsten L. Nathanson (DC Bar #463992)*
Elizabeth B. Dawson (DC Bar #230818)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5516
Email: knathanson@crowell.com
 edawson@crowell.com

Tracy E. Reichmuth (State Bar #215458)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827
Email: treichmuth@crowell.com

*Counsel for Defendant-Intervenors Bayer CropScience LP, Syngenta Crop Protection, LLC, and Valent U.S.A. Corporation*

CASE NO. 3:13-cv-01266-MMC
STIPULATED NOTICE OF DISMISSAL

-3-

*[signature]*

LATHAM & WATKINS LLP
Claudia M. O'Brien (DC Bar #447354)*
Stacey L. VanBelleghem (DC Bar #988144)*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: claudia.o'brien@lw.com
stacey.vanbelleghem@lw.com

Andrea M. Hogan (SBN 238209)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: andrea.hogan@lw.com

*Attorneys for Defendant-Intervenor CropLife America*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*[signature]*

LESLIE M. HILL (DC Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865
Email: Leslie.Hill@usdoj.gov

JOHN H. MARTIN (CO Bar No. 32667)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone (303) 844-1383
Email: john.h.martin@usdoj.gov

*Counsel for Defendants*

CASE NO. 3:13-cv-01266-MMC          -4-
STIPULATED NOTICE OF DISMISSAL

GEORGE A. KIMBRELL*
AMY VAN SAUN*
Center for Food Safety
2009 NE Alberta Street, Suite 207
Portland, OR 97211
Telephone: (971) 271-7372
Email:  gkimbrell@centerforfoodsafety.org
        avansaun@centerforfoodsafety.org

*Counsel for Plaintiffs*

 * Admitted *Pro Hac Vice*

IT IS SO ORDERED

Maxine M. Chesney
U.S. District Court Judge

Dated: May 31, 2019